UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK ONE WIPES, LLC | ) | CASE NO. 3:22-cv-00258-JJH |
| Plaintiff, | ) ) | JUDGE JEFFREY J. HELMICK |
| vs. | ) ) | |
| ALSTON & BIRD LLP, et al. | ) ) | **NOTICE OF DISMISSAL OF KATHLEEN BENWAY** |
| Defendants. | ) ) | |

Now comes Plaintiff, Mark One Wipes, LLC, and, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses Defendant Kathleen Benway from this action. This dismissal is without prejudice.

All claims against all other Defendants remain pending in this matter.

/s/ Stuart E. Scott
STUART E. SCOTT (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
sscott@spanglaw.com
khulick@spanglaw.com

**Counsel for Plaintiff Mark One Wipes, LLC**

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge