IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK ONE WIPES, LLC | : | Case No. 3:22-cv-00258-JJH |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **JOINT STATUS REPORT** |
| ALSTON & BIRD LLP, et al. | : | |
| Defendants. | : | |
| | : | |

Pursuant to the Court's December 21, 2022 Order (non-document), the parties submit the following joint status report:

Since the December 21, 2022 telephone conference, the parties have continued to engage in document discovery. Defendants served a supplemental document production on January 13, 2023, and Plaintiff is scheduled to serve a supplemental document production on or before February 10, 2023. The parties agree that once those documents are received and reviewed, the matter will be ready for mediation. To that end, the parties have agreed to mediate the case on March 31, 2023 in Columbus, Ohio before Frank Ray.

6474514.1

Respectfully submitted,

| | |
|---|---|
| */s/Kevin C. Hulick* | */s/ Adam S. Nightingale* |
| Stuart E. Scott (0064834) | Reginald S. Jackson, Jr. (0003558) |
| Kevin C. Hulick (0093921) | Adam S. Nightingale (0079095) |
| SPANGENBERG SHIBLEY | Nicholas W. Bartlett (0100990) |
| & LIBER LLP | EASTMAN & SMITH LTD. |
| 1001 Lakeside Avenue East, Suite 1700 | One SeaGate, 27th Floor |
| Cleveland, OH 44114 | P.O. Box 10032 |
| (216) 696-3232 | Toledo, Ohio 43699-0032 |
| (216) 696-3924 (FAX) | Telephone: (419) 241-6000 |
| sscott@spanglaw.com | Fax: (419) 247-1777 |
| khulick@spanglaw.com | E-mail: rsjackson@eastmansmith.com |
| | asnightingale@eastmansmith.com |
| | nwbartlett@eastmansmith.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendants |

6474514.1