IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK ONE WIPES, LLC | : | Case No. 3:22-cv-00258-JJH |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **JOINT STATUS REPORT** |
| ALSTON & BIRD LLP, et al. | : | |
| Defendants. | : | |

Pursuant to the Court's February 2, 2023 Order (non-document), the parties submit the following joint status report:

As discussed in the parties' February 1, 2023 *Joint Status Report* (Doc. 20), this case was scheduled for a mediation in Columbus, Ohio on March 31, 2023, with mediator Frank Ray. That mediation took place as scheduled, but a resolution could not be reached. The parties jointly request a status conference to schedule further dates in this matter. Counsel for Plaintiff is beginning a trial in the Southern District of Ohio that is expected to go into the first week of May.

Respectfully submitted,

/s/ *Kevin C. Hulick*
Stuart E. Scott (0064834)
Kevin C. Hulick (0093921)
SPANGENBERG SHIBLEY
& LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
sscott@spanglaw.com
khulick@spanglaw.com

Attorneys for Plaintiff

/s/ *Adam S. Nightingale*
Reginald S. Jackson, Jr. (0003558)
Adam S. Nightingale (0079095)
Nicholas W. Bartlett (0100990)
EASTMAN & SMITH LTD.
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
E-mail: rsjackson@eastmansmith.com
asnightingale@eastmansmith.com
nwbartlett@eastmansmith.com

Attorneys for Defendants