s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| MARK ONE WIPES, LLC | : | Case No. 3:22-cv-00258-JJH |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **JOINT STATUS REPORT** |
| ALSTON & BIRD LLP, et al. | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Pursuant to the Court's June 20, 2023 Order (non-document), the parties submit the following joint status report.  As indicated in the parties' June 15, 2023 *Joint Status Report* (Doc. 22), the parties have been working to resolve this matter without the need for further litigation.  Since that status report, the parties have reached an agreement in principle, and are working to formalize that agreement.  The parties respectfully request thirty (30) days to finalize the terms of resolution.

Respectfully submitted,

| | |
|---|---|
| /s/ *Kevin C. Hulick* | /s/ *Adam S. Nightingale* |
| Stuart E. Scott (0064834) | Reginald S. Jackson, Jr. (0003558) |
| Kevin C. Hulick (0093921) | Adam S. Nightingale (0079095) |
| SPANGENBERG SHIBLEY | EASTMAN & SMITH LTD. |
| & LIBER LLP | One SeaGate, 27th Floor |
| 1001 Lakeside Avenue East, Suite 1700 | P.O. Box 10032 |
| Cleveland, OH  44114 | Toledo, Ohio  43699-0032 |
| (216) 696-3232 | Telephone:  (419) 241-6000 |
| (216) 696-3924 (FAX) | Fax:         (419) 247-1777 |
| sscott@spanglaw.com | E-mail: rsjackson@eastmansmith.com |
| khulick@spanglaw.com | asnightingale@eastmansmith.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |