s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| MARK ONE WIPES, LLC | : | Case No. 3:22-cv-00258-JJH |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **STIPULATION OF DISMISSAL** |
| ALSTON & BIRD LLP, et al. | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and the stipulation of the parties, Plaintiff Mark One Wipes, LLC hereby voluntarily dismisses defendants Kevin S. Minoli, Esq., Elise N. Paeffgen, Esq., Samuel D. Jockel, Esq., Brendan Carroll, Esq., and Daniel G. Jarcho, Esq., without prejudice, and with no party bearing the costs and attorney's fees of the others.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

Date: 8/2/2023

IT IS SO STIPULATED:

| | |
|---|---|
| */s/Kevin C. Hulick* | */s/ Adam S. Nightingale* |
| Stuart E. Scott (0064834) | Reginald S. Jackson, Jr. (0003558) |
| Kevin C. Hulick (0093921) | Adam S. Nightingale (0079095) |
| SPANGENBERG SHIBLEY & LIBER LLP | EASTMAN & SMITH LTD. |
| 1001 Lakeside Avenue East, Suite 1700 | One SeaGate, 27th Floor |
| Cleveland, OH 44114 | P.O. Box 10032 |
| (216) 696-3232 | Toledo, Ohio 43699-0032 |
| (216) 696-3924 (FAX) | Telephone: (419) 241-6000 |
| sscott@spanglaw.com | Fax: (419) 247-1777 |
| khulick@spanglaw.com | E-mail: rsjackson@eastmansmith.com |
| | asnightingale@eastmansmith.com |
| Attorneys for Plaintiff | Attorneys for Defendants |