s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| MARK ONE WIPES, LLC | : | Case No. 3:22-cv-00258-JJH |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **JOINT STIPULATION OF DISMISSAL** |
| ALSTON & BIRD LLP, et al. | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Plaintiff Mark One Wipes, LLC and Defendant Alston & Bird LLP hereby stipulate and agree that all claims and counterclaims in this matter shall be dismissed with prejudice, with neither party bearing the costs and attorney's fees of the other. Additionally, the parties stipulate that the prior dismissals in this matter (Doc. 12 & 25) are hereby converted by agreement to dismissals with prejudice.

**IT IS SO ORDERED**:

_____

HON. JEFFREY J. HELMICK

Date:_____

IT IS SO STIPULATED:

| | |
|---|---|
| */s/Kevin C. Hulick* | */s/ Adam S. Nightingale* |
| Stuart E. Scott (0064834) | Reginald S. Jackson, Jr. (0003558) |
| Kevin C. Hulick (0093921) | Adam S. Nightingale (0079095) |
| SPANGENBERG SHIBLEY | EASTMAN & SMITH LTD. |
| & LIBER LLP | One SeaGate, 27th Floor |
| 1001 Lakeside Avenue East, Suite 1700 | P.O. Box 10032 |
| Cleveland, OH  44114 | Toledo, OH  43699-0032 |
| (216) 696-3232 | (419) 241-6000 |
| (216) 696-3924 (FAX) | (419) 247-1777 (FAX) |
| *sscott@spanglaw.com* | *rsjackson@eastmansmith.com* |
| *khulick@spanglaw.com* | *asnightingale@eastmansmith.com* |
| | |
| Attorneys for Mark One Wipes, LLC | Attorneys for Alston & Bird LLP |